| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Griffin, Richard A. | 2. Court or Organization<br>US Court of Appeals<br>Sixth Circuit | 3. Date of Report<br><br>1-6-03 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>Circuit Judge (nominee) | 5. Report Type (check appropriate type)<br><br>X Nomination, Date 1-7-03<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>1/1/2001 to 12/31/2002 |
| 7. Chambers or Office Address<br>Ste 3310<br>10850 Traverse Hwy.<br>Traverse City, MI 49684 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 President (uncompensated) | Grand Traverse Zoological Society, Inc. (nonprofit 501(c)(3) dedicated to improve the Clinch Park Zoo, Traverse City, MI |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 Pension Plan | Michigan Judges Retirement System, Defined Benefit 234 PA 1992 |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2001 | State of Michigan, salary | $141,720.88 |
| 2 2002 | State of Michigan, salary | $151,441.00 |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☐ NONE (No such reportable gifts.) | | |
| 1 | Exempt | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Richard A. Griffin | |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 Huntington Nat'l Bank | B | Int | J | T | Exempt | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## X. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____      Date __1/6/2003__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# RICHARD ALLEN GRIFFIN
## FINANCIAL STATEMENT
## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 4, | 800 | Notes payable to banks-secured | | | 0 |
| U.S. Government securities-add schedule | | 0 | Notes payable to banks-unsecured | | | 0 |
| Listed securities-add schedule | | 0 | Notes payable to relatives | | | 0 |
| Unlisted securitiesBadd schedule | | 0 | Notes payable to others | | | 0 |
| Accounts and notes receivable: | | 0 | Accounts and bills due | | | 365 |
| Due from relatives and friends | | 0 | Unpaid income tax | | | 0 |
| Due from others | | 0 | Other unpaid income and interest | | | 0 |
| Doubtful | | 0 | Real estate mortgages payable-add schedule – **Residence** | | 92, | 500 |
| Real estate owned-add schedule **Residence** **50% Grenelefe Condo** | 170, 30, | 000 000 | Chattel mortgages and other liens payable | | 3, | 400 |
| Real estate mortgages receivable | | 0 | Other debts-itemize: | | | 0 |
| Autos and other personal property | 100, | 000 | | | | |
| Cash value-life insurance | | 0 | | | | |
| Other assets itemize: | | 0 | | | | |
| | | | Total liabilities | | 96, | 265 |
| | | | Net Worth | | 208, | 535 |
| Total Assets | 304, | 800 | Total liabilities and net worth | | 304, | 800 |
| CONTINGENT LIABILITIES | | 0 | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 0 | Are any assets pledged? (Add schedule) **No.** | | | |
| On leases or contracts | | 0 | Are you defendant in any suits or legal actions? **No.** | | | |
| Legal Claims | | 0 | Have you ever taken bankruptcy? **No.** | | | |
| Provision for Federal Income Tax | | 0 | | | | |
| Other special debt | | 0 | | | | |

26